**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

VICTOR WASHINGTON                                                                                          PLAINTIFF

v.                                                CIVIL ACTION NO.: _____
                                                       REMOVED FROM HENRY CIRCUIT COURT
                                                                                    NO. 21-CI-00186

JOSEPH QUICK
HOT SHOT EXPRESS, INC.
and
TRUCKING INVESTMENTS INC.                                                        DEFENDANTS

\* \* \*

**NOTICE OF REMOVAL**

For their Notice of Removal of this action from the Henry Circuit Court to the United States District Court for the Eastern District of Kentucky, Defendants Joseph Quick, Hot Shot Express, Inc. and Trucking Investments Inc. state:

1. On or about November 30, 2021, Plaintiff Victor Washington filed a Complaint in Henry Circuit Court, Civil Action No. 21-CI-00186. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a).

2. To the best of information and belief, Plaintiff Victor Washington is and was at all times relevant hereto, including the time of the commencement of civil action number 21-CI-00186 and the time of the filing of the Notice of Removal, a citizen and resident of the state of Mississippi. Plaintiff is not domiciled in, nor is he a citizen or resident of, the Commonwealth of Pennsylvania or the state of Ohio.

3. Defendant Joseph Quick is and was at all times relevant hereto, including the time of the commencement of civil action number 21-CI-00186 and the time of the filing of the

Notice of Removal, a resident of the state of Ohio. Defendant Joseph Quick is not domiciled in, nor is he a citizen or resident of, the Commonwealth of Kentucky or the state of Mississippi.

4.      Defendant Hot Shot Express, Inc. is and at all times relevant hereto including the commencement of civil action number 21-CI-00186 and the time of the filing of the Notice of Removal, a corporation organized and existing under the laws of the Commonwealth of Pennsylvania and having its principal place of business in the Commonwealth of Pennsylvania. Defendant Hot Shot Express, Inc. is not a Kentucky or Mississippi business entity and does not and did not have its principal place of business in the Commonwealth of Kentucky or the state of Mississippi.

5.      Defendant Trucking Investments Inc. is and at all times relevant hereto including the commencement of civil action number 21-CI-00186 and the time of the filing of the Notice of Removal, a corporation organized and existing under the laws of the Commonwealth of Pennsylvania and having its principal place of business in the Commonwealth of Pennsylvania. Defendant Trucking Investments Inc. is not a Kentucky or Mississippi business entity and does not and did not have its principal place of business in the Commonwealth of Kentucky or the state of Mississippi.

6.      Plaintiff is not a citizen or resident of Ohio or Pennsylvania. Defendants are not citizens or residents of Mississippi or Kentucky. Defendants are neither domiciled nor incorporated in Mississippi or Kentucky, nor are their principle places of business located in Mississippi or Kentucky. Accordingly, there exists complete diversity and this action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1) and is one that the Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7. Pursuant to Kentucky practice, the Complaint in this action did not state a specific amount in controversy. However, in a settlement demand dated July 21, 2021, Plaintiff asserted a claim for compensatory damages in excess of $75,000, thereby indicating that the amount in controversy exceeds $75,000 exclusive of interest and costs.

8. Defendant's Notice of Removal was filed within thirty (30) days of the Defendants becoming aware of the removability of this case as required by 28 U.S.C. § 1446(b).

9. All Defendants hereby affirm that they each agree and consent to removal as set forth herein.

Respectfully submitted,

KOPKA PINKUS DOLIN, PC
Stockard R. Hickey III (KBA 83077)

/s/ Stockard R. Hickey III
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 785-2809
srhickey@kopkalaw.com
Counsel for Defendants Joseph Quick, Hot Shot Express, Inc. and Trucking Investments Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. Mail on January 3, 2022 to counsel for Plaintiff Gregory M. Funfsinn, Esq. and Kenneth C. Human, Esq., Hicks & Funfsinn, PLLC, 431 South Broadway, Suite 331, Lexington, Kentucky 40508.

/s/ Stockard R. Hickey III